[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-12019
Non-Argument Calendar

_____

D.C. Docket No. 1:15-cv-22254-UU

VALIERIE MILLER,

Plaintiff-Appellant,

versus

NCL (BAHAMAS), LTD.,
a foreign corporation
d.b.a. Norwegian Cruise Line,
and /or NCL America.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 1, 2017)

Before HULL, MARCUS and MARTIN, Circuit Judges.

PER CURIAM:

After reviewing the parties' briefs and the record, we affirm the district court's grant of summary judgment in favor of defendant-appellee NCL (Bahamas), Ltd. on plaintiff-appellant Valierie Miller's negligence action under federal maritime law for the reasons outlined in the district court's thorough and well-reasoned discussion of the duty owed by the ship to Ms. Miller as well as the open and obvious nature of the danger presented.

**AFFIRMED.**